United States District Court
Southern District of Texas
**ENTERED**
August 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JUAN CARLOS UTRIZ RODRIGUEZ, Plaintiff, | § | CIVIL ACTION NUMBER 4:26-cv-06004 |
| versus | § | JUDGE CHARLES ESKRIDGE |
| RANDY TATE, *et al*, Defendant. | § | |

**ORDER**

Petitioner Juan Carlos Utriz Rodriguez, proceeding through counsel, filed a petition for writ of *habeas corpus* under 28 USC §2241 to challenge his current detention. Dkt 1. Prior order denied the petition and dismissed this action with prejudice. Dkt 4.

Now proceeding *pro se*, Petitioner has filed a notice of appeal. Dkt 5. He also filed a motion to proceed *in forma pauperis* on appeal, supported by a sworn declaration stating that he has neither income nor assets from which to pay the appellate filing fee. Dkts 6 & 6-1.

The motion by Petitioner to proceed *in forma pauperis* on appeal is GRANTED. Dkt 6.

Counsel is DISCHARGED from further representation in this matter but may freely reapply to act as counsel upon Petitioner's request.

SO ORDERED.

Signed on August 20, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge